UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00011-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BRIAN PAIGE ISDELL,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on a letter filed by defendant questioning why his case has not been calendared for sentencing. Review of the pleadings reveals that this matter did not become ripe for sentencing until February 23, 2013, and that defendant is represented by counsel. Defendant is advised that the Local Criminal Rules prohibit represented parties from directly seeking relief from the court, and that any concerns he may have should be addressed to his attorney, Mr. Tate.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's letter, to the extent it seeks relief, is **DENIED**.

Signed: March 20, 2013

Max O. Cogburn Jr.
United States District Judge